UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMIKA WELLS,

        Plaintiff,                      Case No. 2:24-cv-11740

v.                                               Honorable Susan K. DeClercq
                                                        United States District Judge

BIOLIFE PLASMA SERVICES, L.P.,

        Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 17)**

Defendant Biolife Plasma Services, L.P. ("Biolife") filed a motion for summary judgment in this slip-and-fall case on October 20, 2025. ECF No. 16. Plaintiff Demika Wells's response that motion is currently due on November 10, 2025. ECF No. 17 at PageID.142.

But on November 4, 2025, Wells filed a motion seeking a 22-day extension to file her response. *Id.* Wells explains that she "has an outstanding discovery request" for an entity based in Denmark which was responsible for maintaining the Biolife parking lot where Wells slipped and fell. *Id.* According to Wells, the 22-day extension will ensure that both parties receive and have time to review the parking lot maintenance records, which will allow Wells "to respond with all factual

information" and perhaps "facilitate a settlement." *Id.* Wells also notes that she and Biolife are "awaiting the balance of [her] Medicaid lien, which will undoubtedly play a major role in the settlement negotiations." *Id.* at PageID.143.

Although Biolife does not stipulate to Wells's requested extension, Biolife reports it will "not take a position" on the request and will "leave it to this Court's discretion." *Id.*

Having considered Plaintiff's motion, ECF No. 17, the Court finds there is good cause for a short extension, especially given the Court's preference for resolving matters on the merits. *See* FED. R. CIV. P. 6(b)(1)(A).

Accordingly, it is **ORDERED** that the Wells's Emergency Motion to Extend Time to File Response to Defendant's Summary Judgment Motion, ECF No. 17, is **GRANTED**.

Further, it is **ORDERED** that Wells may file a response to Biolife's Motion for Summary Judgment, ECF No. 36, **on or before Tuesday, December 2, 2025**.

*/s/Susan K. DeClercq*  
SUSAN K. DeCLERCQ  
United States District Judge

Dated: November 5, 2025